**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Sue Thao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | ) | **CASE NO.: 1:08-CR-00412 AWI** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| SUE THAO, | ) | Date: January 4, 2010 |
| Defendant. | ) | Time: 9:00 a.m. HON. ANTHONY W. ISHII Dept: 2 |

It is hereby stipulated by and between the parties hereto that the Sentencing hearing in the above-captioned matter now set for January 4, 2010, at 9:00 a.m., be continued one week to January 11, 2010, at 9:00 a.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§3161, subd. (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///
///
///
///

DATED: December 21, 2009                LAW OFFICES OF HARRY M. DRANDELL


                                        /s/ Harry M. Drandell
                                        HARRY M. DRANDELL
                                        Attorney for Defendant,
                                        SUE THAO

DATED: December 21, 2009                LAWRENCE G. BROWN
                                        United States Attorney


                                        /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ,
                                        Assistant United States Attorney




**ORDER**

Time is excluded pursuant to 18 U.S.C. §3161, subd. (h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the court grants the stipulation that the sentencing hearing be continued one week to January 11, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   December 21, 2009**                **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE